IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD PEOPLES,

    Plaintiff,                      No. CIV S-07-2065 LKK EFB

    vs.

UNKNOWN,

    Defendant.                  ORDER

_____/

       Plaintiff is a prisoner without counsel who, it appears, intends to sue for alleged civil rights violations. *See* 42 U.S.C. § 1983. However, he has not filed a complaint or an application for leave to proceed *in forma pauperis*. A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3.

       Accordingly, plaintiff shall have 30 days from the date of this order to submit either a complaint or an affidavit stating the nature of the action and his belief that he is entitled to redress. Failure to comply with this order will result in a recommendations that this action be dismissed.

Dated: January 20, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE