IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD PEOPLES,

        Plaintiff,                 No. CIV S-07-2065 LKK EFB P

    vs.

UNKNOWN,

        Defendant.             <u>FINDINGS AND RECOMMENDATIONS</u>

/

        Plaintiff is a state prisoner proceeding without counsel. On January 20, 2009, the court found that plaintiff had failed to comply with Fed. R. Civ. P. 3 in that plaintiff had failed to file a complaint, a requirement for commencement of a civil action.

        Accordingly, the court granted plaintiff thirty days to file a complaint or affidavit stating the nature of this action and plaintiff's belief that he is entitled to redress. The order warned plaintiff that failure to comply would result in a recommendation that this action be dismissed.

        The 30-day period has expired and plaintiff has not filed a complaint or otherwise responded to the court's order.

        Accordingly, it is hereby RECOMMENDED that this action be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days

1

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 10, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE